### 16180. BLACK *v.* WINSTON.

BROYLES, C. J. 1. Under all the facts of the case, as disclosed by the record, the overruling of the certiorari was not error.

2. This court not being satisfied that the writ of error was prosecuted for the purpose of delay only, the request of the defendant in error for the award of damages is denied.

         *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

           DECIDED APRIL 15, 1925.

Certiorari; from Fulton superior court—Judge Humphries. December 11, 1924.

*T. J. Lewis, J. D. Stewart,* for plaintiff in error.

*Kendrick L. Scott, McDaniel & Neely,* contra.